Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
## for the
SOUTHERN District of TEXAS

CORPUS CHRISTI Division

|  |  |  |
|---|---|---|
| Eduardo VELA | ) | Case No. |
| _Plaintiff(s)_ | ) | _(to be filled in by the Clerk's Office)_ |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) | |
| -v- | ) | |
| Doctor Presley | ) | |
| THE Geo Group Inc. | ) | |
| THE United STATES Marshalls | ) | |
| _Defendant(s)_ | ) | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | ) | |

United States Courts
Southern District of Texas
FILED

AUG 3 0 2021

Nathan Ochsner, Clerk of Court

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Eduardo Vela_

All other names by which
you have been known:

ID Number _37706-479_

Current Institution _Coastal Bend Detention Center_

Address _4909 FM Road 2826_
_Robstown_       _TEXAS_       _78380_
        City            State            Zip Code

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _Doctor Presley_

Job or Title *(if known)* _Doctor (C.B.DC.)_

Shield Number

Employer _THE Geo Group Inc_

Address _4909 FM Road 2826_
_Robstown_       _TEXAS_       _78380_
        City            State            Zip Code

☐ Individual capacity    ☑ Official capacity

Defendant No. 2

Name _United STATES Marshall Service_

Job or Title *(if known)*

Shield Number

Employer _United states Marshall Service_

Address

_____
        City            State            Zip Code

☐ Individual capacity    ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3

Name

Job or Title *(if known)*

Shield Number

Employer

Address

*THE Geo Group Inc.*
*Corporation!*

*Geo Group Inc.*
*4909 Fm Road 2826*
*Robstown     TEXAS 78380*

| City | State | Zip Code |

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| City | State | Zip Code |

[ ] Individual capacity    [ ] Official capacity

## II.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

[✓] Federal officials (a *Bivens* claim)

[ ] State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*Violation of 8Th And 14th Amendents*
*(Cruel + Unsual Ponishment) (medical Neglect) (Emotional Stress)*
*(medical Malpractice.)*

Page 3 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Doctor Presley, Employee of Geo Group (on Both claims) Cruel + usual Punishment (medical Neglect) (medical Malpractice. Emotional stress. Doctor U.S. Marshalls refuseing to Let me See Nureologist. Recomded by Emergency Dr. Geo Group failure to provide Sufficient staffing. Causeing (crvel + Unsual Punishment)

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

[☑] Pretrial detainee

[ ] Civilly committed detainee

[ ] Immigration detainee

[ ] Convicted and sentenced state prisoner

[ ] Convicted and sentenced federal prisoner

[ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  If the events giving rise to your claim arose outside an institution, describe where and when they arose.

B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

(claim #1) Coastal Bend Detention CTR. Cell E-13 my other foot being numb.
(claim #2) Ear Infection C-4 Tank on 6-7-2021 could not hear out of right Ear. fungus spread to both ears.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     ,   What date and approximate time did the events giving rise to your claim(s) occur?

Claim #1- On 5-10-2021 My feet Got worse! Numb Feeling. At 10: Am
Claim #2 - woke up 9: Am could nt Hear out of right ear. Then it went to
Left Ear. fungus on Going on 8-25-2021 Dr. Zane Ear Specialist, cleaned
And Tested my Hearing I have Permanent Hearing Loss Both Ears.

D.        What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?*
*Was anyone else involved? Who else saw what happened?)*

Claim #1 = Numbness climbed Higher I now urinate on Myself. Hurts to Walk
Early in the Morning. Emergency Room Docter reffered me to Nureologist. Not Approved
By marshalls yet. Still in Pain.
claim #2 = 6-7-21 Have Ear Infection(Fungus) Both Ears Got Infected. Dr. Presley
flushed Ears multiple times. on 8-25-21 went to Specialist(EAR) was diagnosed with
Permanent Hearing on Both Ears. Dr. Zane remonded Hearing Aids.

## V.   Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive. Claim #1 I needed to see Nuredogist
I still urinate on myself. Hurt to Walk in mornings. very Pain ful!
claim #2 Dr. Presley Been flushing my Ears with water + Peroxide. from
6-7-21 Dr. Zane I probably Have Hearing Loss due to fungus Being
in my Ears for So Long. Dr Zane (EAR Specialist) recomended Hearing
Aid for due to permanent Damage I will Eventaelly Lose Hearing in
right. Ear. Due to Medical neglect.

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims. I am Seeking Damages of 10 million
Dollars from Each Defendant Named in this Complaint. And 30. million in
punitive Damages claim #1 = I should of seen Nurdogist, should of Been
issued A wheel chair. Been in pain All this time. might Never feel my Toes.
claim 2 = I now have permanent Hearing Damage And Possible Going Deaf in
the future. US. Marshalls Not Approving Nurologist Appointment.
GEO Group Inc. Both Claims 1 + 2 = failure To provide Sufficient
Staffing resulting. medical neglect, cruel + unusual punishment.
Emotional stress.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.      Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_Coastal Bend Detention CTR. Robstown, TX,_

B.      Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.      Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐ Yes

☑ No

☐ Do not know

If yes, which claim(s)?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Coastal Bend Detention CTR. Robstown, TX.

2.    What did you claim in your grievance? Claim #I = I needed wheel chair I hurt, my numbness getting worse, I fell down sometimes I need to see nureologist. I needed shower chair, And single cell. Claim #2 still having problems hearing. Needed to see A Hearing specialist some days I can't hear at All.

3.    What was the result, if any? Claim #1 = I have shower chair, I refused to come out of my cell, I have single cell, Do to urinating on myself. Claim #2 still having Hearing Problems on both ears, Oral Medication. Did not work; No check ups from Medical! my hearing And ear Infection Are still on Going.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed step #1 and step #2 Grievance Unfortuneatly for me Grievance Procedure Complete. on Both Claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here:

   2.   If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.    *(see Attached)*

*I am Attaching All Grievance forms. With this Complaint The Safety & Health of Detianee's is not high priority. here.*

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example:  Was the case dismissed?  Was judgment entered in your favor?  Was the case appealed?)*

_____

C.   Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☑ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) ___Eduardo Vela___

Defendant(s) ___Clay County Sheriff___

2.    Court *(if federal court, name the district; if state court, name the county and State)*

___MT. Vernon, IL___

3.    Docket or index number

___?___

4.    Name of Judge assigned to your case

___?___

5.    Approximate date of filing lawsuit

___2010___

6.    Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition ___2012___

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

___Judgement Entered in my favor___

Page 10 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _August 24, 2021_

Signature of Plaintiff        _Eduardo Vela_

Printed Name of Plaintiff     _Eduardo VELA_

Prison Identification #       _377 06-479_

Prison Address                _4909 FM Road 2826_

_Robstown_        _TX_        _78380_
City                State        Zip Code

### B.   For Attorneys

Date of signing: _____

Signature of Attorney    _____

Printed Name of Attorney _____

Bar Number               _____

Name of Law Firm         _____

Address                  _____

_____
City        State        Zip Code

Telephone Number         _____

E-mail Address           _____

Dr. Presley (Claim #1) ON 5-10-2021 Submitted Medical reQuest Slip. Toes on right foot Being Numb. ON 5-16-21 Submitted Medical request slip Both Feet And Toes going numb. Dr Presley Prescibed Amitriptyline (ELAViL) Took Medication for Over 30 days. With no relief. ON 6-17-2021 Went to Emergency room Due to No feeling between My Legs Due to Urinating on myself. Nurse + Doctor At Emergency room Asked Why I was Taking (ElAViL) Apperantly it was Wrong Mediċation. THE Emergency Room Doctor referred me to A NUreologist. Due To Numbness. 8-10-2021 still Urinate on myself Feet And Toes still numb. Still No Appointment with NUreologist. C-4 Tank Witnesses ESTeBin Batres De CiD. Jonny Torres. Juan Garcia, Marcos Leiva, Eddi Santos.

Dr. Presley = (Claim #2) ON 6-07-2021 Submitted Medical Request for Ear Infection. ON 6-13-2021 Showed SGT. Galvan on Tip of Toilet Paper Black stuff Coming out of my right Ear. Said He Would Contact Medical (No response from Medical). Put Another Medical request in. Seen Dr. Presley 6-17-2021. He Flushed Ears Couldn't get All the Fungus out in right Ear. Gave me Ear Solution Did not Work. 6-24-2021 Submitted another Medical Request. Dr. Presley flushed ears AGAin. Got fungus out of Left Ear. Not the right Ear right Ear smelling rotten. I Submitted. Grievance Seen Dr. Presley 7-06-2021 flushed Ears said He Ordered Emergency solution. Didn't Get Approved. So He prescibed Oral medicatione should of prescribed it from Day #1. Took 1st pill 7-27-2021 No results Giving me 3 Orel pills this time. 8-10-2021 Still cant hear out of right Ear. Left Ear Has fungus AGain. Fear of Permanent Hearing Damage Due to neglect. (Page 1 of 2)

## I.V. STATEMENT OF Claim

U.S. Marshalls Service.

### Claim #1

Since Day #1 OF ENTERING THIS Facility I Let it Be known of my Numbness of Toes I Now Urinate oN MYSELF ITS VERY Painful To Walk Exspecially iN the Mornings. I Was Given (Amitriptyline) or (ELAViL) 20 mg I believe it Was wrong Medication. I've been Denide Wheel Chair the right to See A Nuralogist. who was recomded by Emergency Room Doctor. U.S. Marshall Would not Approve Appoint ment.

### Claim #2

U.S. Marshell Would Not Approve Emergency Ear Solution for Ears. Loss of partial Hearing in right Ear Have fungus iN Left Ear. At times I can't Hear At All. IN Fear of Going Deaf.

Coastal BEND Detention Center
United STATES marshalls (Detainee HandBook)

Cover Page = Paragraph #3 Very 1st Sentence.
"While At the facility We Consider the health And Safety of the Detainees iN our Custody of Utmost Importance"

The Geo Group Inc.

Claim #1 = Failure to provide Suffient Staffing. (Causing neglect, (Cruel + Unsual punishment) And (Emotional stress)

Claim #2 = Failure to provide Suffient Staffing. (Causing neglect, (Cruel + usual punishment). (Emotional stress) And Suffering.