United States District Court
Southern District of Texas

**ENTERED**

September 20, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00193 |
| | § | |
| DOCTOR PRESLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING EVIDENTIARY HEARING

An evidentiary hearing pursuant to Spears v. McCotter, 766 F.2d 179 (5th Cir. 1985), is scheduled before:

**Jason B. Libby**
**United States Magistrate Judge**
**1133 N. Shoreline Blvd., 3rd Floor Courtroom**
**Corpus Christi, Texas 78401**

**on Wednesday, September 29, 2021, at 11:00 a.m. VIA ZOOM VIDEO CONFERENCE.**

The Warden and his staff are instructed to have the Plaintiff available promptly at 11**:00 a.m.** on the above-referenced day and to allow plaintiff access to an area where plaintiff can sit at a table, take notes, and have free access to his/her legal material and writing utensils during the pendency of the hearing.

The Warden is to ensure that the plaintiff receives this order within 24 hours of the date of it. These proceedings will be recorded.

Signed on September 20, 2021, at Corpus Christi, Texas.

Jason B. Libby
United States Magistrate Judge

1 / 1