United States District Court
Southern District of Texas
**ENTERED**
August 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00193 |
| | § | |
| DOCTOR PRESLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff is an inmate in the Texas Department of Criminal Justice. Proceeding *pro se*, he filed this civil rights action pursuant to 42 U.S.C. § 1983. (D.E. 1). The undersigned's November 18, 2021 Memorandum and Recommendation ("M & R") recommending this case be dismissed, to which Plaintiff objected, was adopted on July 6, 2022. (D.E. 14, D.E. 17 and D.E. 21). Final judgment was entered the same day. (D.E. 22). On July 26, 2022, Plaintiff filed a Notice of Appeal. (D.E. 23). Pending is Plaintiff's Motion for Extension of Time. (D.E. 27). Plaintiff does not identify which deadline he requests be extended although he requests an application to proceed *in forma pauperis*. Therefore, the Motion is **DENIED**. (D.E. 27). However, the Clerk of Court is **DIRECTED** to mail Plaintiff an application to proceed *in forma pauperis* on appeal as requested. Plaintiff shall submit this application, along with his inmate trust fund account statement, on or before **September 15, 2022**.

ORDERED on August 24, 2022.

Jason B. Libby
United States Magistrate Judge