United States District Court
Southern District of Texas
**ENTERED**
September 21, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00193 |
| | § | |
| DOCTOR PRESLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REGARDING MOTION TO PROCEED *IN FORMA PAUPERIS*

The Court has considered the appellant **EDUARDO VELA's (U.S. BOP No. 37706-479)** application for leave to proceed *in forma pauperis* on appeal and his trust account information (D.E. 33, D.E. 34). The Court **GRANTS** his motion and **ORDERS** that:

1.     The Clerk shall file the appellant's notice of appeal without prepayment of the filing fee.

2.     Appellant shall not be liable for an initial partial filing fee because he lacks the assets and means to pay. *See* 28 U.S.C. § 1915(b)(4).

3.     The appellant shall pay **$505.00**, the full appellate filing fee, in monthly installments to the United States District Court as provided in 28 U.S.C. § 1915(b)(1).

1 / 2

4.      The institution having custody of appellant shall deduct 20% of each deposit made to the appellant's inmate trust account and forward payments to the United States District Court on a regular basis provided the account exceeds $10.00.

5.      The **Clerk of Court** will send  a copy of this Order by certified or first class mail or by other electronic means to **Warden, Federal Correctional Complex (Medical), P.O. Box 26045, Beaumont, Texas 77720**.

ORDERED on September 21, 2022.

_____
Jason B. Libby
United States Magistrate Judge