United States District Court
Southern District of Texas
**ENTERED**
October 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00193 |
| | § | |
| DOCTOR PRESLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Pending is Plaintiff/Appellant Eduardo Vela's Motion Requesting Medical Records

(D.E. 37). The motion is **DENIED**. Plaintiff's motion for a copy of the record will be

handled by separate order.

ORDERED on October 24, 2022.

_____
Jason B. Libby
United States Magistrate Judge