United States District Court
Southern District of Texas
**ENTERED**
October 25, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00193 |
| | § | |
| DOCTOR PRESLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff Eduardo Vela is a federal inmate appearing *pro se* and *in forma pauperis*. In this prisoner civil rights action, Plaintiff asserts claims of deliberate indifference to his medical needs while he was in pretrial detention in connection with his federal criminal case. Plaintiff's case has been summarily dismissed and he is pursuing an appeal.

Pending is Plaintiff's Motion for Production of Documents. (D.E. 38). Plaintiff seeks a copy of the trial court record to use in preparing his appeal. The Motion is **GRANTED in part**. (D.E. 38).

The record of appeal has been prepared and is available for download from the United States Court of Appeals for the Fifth Circuit. Plaintiff has not established that he does not have access to the electronic record or that he has a need for any part of the record. Plaintiff has received all filings which have been entered on the Court's docket, including the undersigned's memorandum and recommendation and all orders of the Court, including

1 / 2

the final judgment.  The undersigned finds that Plaintiff has not made a sufficient showing why the Court should reproduce these items for Plaintiff at the Court's expense.

The only testimony in the case was Plaintiff's own testimony at the *Spears* hearing of which he is aware.  However, in this instance, the transcript of the *Spears* hearing (D.E. 10) has already been prepared and the expense of reproducing the transcript is minimal. Therefore, it is

ORDERED that the **Clerk of Court** mail a copy of the *Spears* hearing transcript (D.E. 10) to Plaintiff.  It is further

ORDERED that Plaintiff's request that this Court provide him a copy of the complete record at the Court's expense is **DENIED.**

ORDERED on October 25, 2022.

Jason B. Libby
United States Magistrate Judge

2 / 2