United States District Court
Southern District of Texas
**ENTERED**
November 14, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| EDUARDO VELA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:21-CV-00193 |
| | § | |
| DOCTOR PRESLEY, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Plaintiff filed this prisoner civil rights action asserting claims of deliberate indifference to his medical needs. His case has been summarily dismissed and he is pursuing an appeal. Plaintiff previously requested copies of the trial court record and medical records and these requests were denied. (D.E. 39 and D.E. 40). Plaintiff was provided a copy of the transcript of the *Spears* hearing. (D.E. 40). Pending is Plaintiff's second Motion requesting copies of medical and court records. (D.E. 43). For the reasons previously stated, this Motion is **DENIED**. Additionally, the medical records Plaintiff seeks are not part of the record in this case.

ORDERED on November 14, 2022.

Jason B. Libby
United States Magistrate Judge

1 / 1