# United States Court of Appeals
# for the Fifth Circuit

United States Courts
Southern District of Texas
FILED

JUN 2 6 2023

Nathan Ochsner, Clerk of Court

No. 22-40484
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
May 4, 2023

Lyle W. Cayce
Clerk

EDUARDO VELA,

*Plaintiff—Appellant,*

*versus*

DOCTOR PRESLEY, *Doctor*, COASTAL BEND DETENTION CENTER;
UNITED STATES MARSHALL SERVICE; THE GEO GROUP,
INCORPORATED,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:21-CV-193

Before WIENER, ELROD, and ENGELHARDT, *Circuit Judges.*

JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is AFFIRMED.

Certified as a true copy and issued
as the mandate on Jun 26, 2023

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 26, 2023

Mr. Nathan Ochsner
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

        No. 22-40484    Vela v. Presley
                        USDC No. 2:21-CV-193

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate and a
copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        *Rebecca L. Leto*

                        By: _____
                        Rebecca L. Leto, Deputy Clerk
                        504-310-7703

cc:    (letter only)
       Mr. Eduardo Vela